# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 8:05CV257 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FREDDIE A. HERNANDEZ, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the plaintiff's Withdrawal of Request to Enter Default (Filing No. 7). The plaintiff seeks to withdraw its Request to Enter Default (Filing No. 6). The plaintiff informs the court that defendant Freddie A. Hernandez has until August 15, 2005, to file an answer or otherwise respond to the complaint. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Withdrawal of Request to Enter Default (Filing No. 7) is granted.

2. The plaintiff's Request to Enter Default (Filing No. 6) is hereby withdrawn.

Dated this 8th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge